3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ALFREDO RIVERA, | * |
| Petitioner | * |
| | * |
| | * CAUSE NO. MISC B-99-005 |
| VS. | * |
| | * |
| GARY JOHNSON, Director of the | * |
| Institutional Division of the | * |
| Texas Department of Criminal Justice, | * |
| Respondent | * |

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND
APPOINTING COUNSEL

On this day came on to be heard the Petitioner's Motion for Leave to Proceed In Forma Pauperis and for Appointment of Counsel, and the Court having considered the Motion and the attachments is of the opinion that said Motion is proper and should be GRANTED;

IT IS, THEREFORE, ORDERED that Leave of Court for the Petitioner to proceed herein In Forma Pauperis is hereby GRANTED;

IT IS FURTHER ORDERED that __Richard B. Gould__, an attorney license to practiced before this Court, and _____, an attorney licensed to practice before this Court, (is) (are) hereby appointed to represent the Petitioner herein in the filing of an Application for Writ of Habeas Corpus under 28 U.S.C. 2254.

SIGNED AND ENTERED, on this, the __22nd__ day of __MARCH__, 1999, at Brownsville, Texas.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE